IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02380-AP

ROBERT McBRIDE,

      Plaintiff,

   v.

JO ANNE B. BARNHART, Commissioner of Social Security,

   Defendant.

---

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

---

**1.**    **APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

For Plaintiff:

Elliot L. Bloodsworth, Esq.
Dawes and Harriss, P.C.
572 East Third Avenue
Durango, CO 81301
Telephone: (970) 247-4411/Fax:  (970) 247-1482
elliot.bloodsworth@dawesandharriss.com

For Defendant:

WILLIAM J. LEONE
United States Attorney

KURT J. BOHN
Assistant United States Attorney
kurt.bohn@usdoj.gov

Debra Meachum
Special Assistant United States Attorney
1961 Stout Street, Suite 1001A
Denver, Colorado  80294
Telephone: (303) 844-0812/Fax: (303) 844-0770
debra.meachum@ssa.gov

2.     **STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

3.     **DATES OF FILING OF RELEVANT PLEADINGS**

A.     **Date Complaint Was Filed:** 11/23/05
B.     **Date Complaint Was Served on U.S. Attorney's Office:** 12/27/05
C.     **Date Answer and Administrative Record Were Filed:**  2/27/06

4.     **STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

**Plaintiff states:**       To the best of his knowledge, the record is complete.
**Defendant states:**  To the best of her knowledge, the record is complete.

5.     **STATEMENT REGARDING ADDITIONAL EVIDENCE**

**Plaintiff states:**   None anticipated.
**Defendant states:**  None anticipated.

6.     **STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

**Plaintiff states:**   To the best of his knowledge, this case does not involve unusual claims or defenses.
**Defendant states:**  To the best of her knowledge, this case does not involve unusual claims or defenses.

7.     **OTHER MATTERS**

**Plaintiff states:**   None anticipated.
**Defendant states:**  None anticipated.

8.     **PROPOSED BRIEFING SCHEDULE**
Because of workload and scheduling conflicts, the parties respectfully request briefing to commence later than 40 days after filing of this Joint Case Management Plan, as follows:

A.     **Plaintiff's Opening Brief Due:**      June 16,  2006.
B.     **Defendant's  Response Brief Due:**  July 17, 2006.
C.     **Plaintiff's  Reply Brief Due:**          August 2, 2006

**9.**     **STATEMENTS REGARDING ORAL ARGUMENT**

    **A.**     **Plaintiff's Statement:**.  Oral argument not requested.
    **B.**     **Defendant's Statement:**  Oral argument not requested.

**10.**     **CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    **A.**     **(   )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

    **B.**     **( x )  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11.**     **OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL *PRO SE* PARTIES.

**12.**     **AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

    The parties agree that  the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.

    DATED this <u>20th</u> day of <u>March</u> , 2006.

                        BY THE COURT:


                        S/John L. Kane
                       U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| s/ Elliot L. Bloodsworth 3/20/06<br>Elliot L. Bloodsworth, Esq.<br>Dawes and Harriss, P.C.<br>572 East Third Avenue<br>Durango, CO 81301<br>Telephone: (970) 247-4411/Fax: (970)<br>247-1482<br>elliot.bloodsworth@dawesandharriss.com<br><br>Attorney for Plaintiff | WILLIAM J. LEONE<br>United States Attorney<br><br>KURT J. BOHN<br>Assistant U.S. Attorney<br>kurt.bohn@usdoj.gov<br><br>By:  s/Debra J. Meachum 3/20/06<br>Debra J. Meachum<br>Special Assistant U.S. Attorney<br>1961 Stout Street, Suite 1001A<br>Denver, Colorado  80294<br>Telephone:  (303) 844-0812<br>debra.meachum@ssa.gov<br><br>Attorneys for Defendant |