IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-02380-WYD

ROBERT MCBRIDE,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner, Social Security Administration,

    Defendant.

## ORDER

Upon consideration of Plaintiff's Unopposed Motion for Attorney Fees Pursuant to the Equal Access to Justice Act ("EAJA"), it is hereby

ORDERED that Plaintiff is awarded EAJA attorney fees in the amount of $4125.63, to be made payable to Plaintiff, Robert McBride, and mailed to counsel of record.

Dated:  August 2, 2007

                                    BY THE COURT:

                                    s/ Wiley Y. Daniel
                                    Wiley Y. Daniel
                                    U. S. District Judge